B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **WASCO, INC.**     Case No. **3:15-00068**
Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bricklayers & Trowels Trades Int'l Pen F**<br>Charles V. Mehler III, Dickstein Shapiro<br>1825 Eye Street, NW<br>Washington, DC 20006-5403 | **Bricklayers & Trowels Trades Int'l Pen F**<br>Charles V. Mehler III, Dickstein Shapiro<br>1825 Eye Street, NW<br>Washington, DC 20006-5403 | **Pension Fund** | **Contingent Unliquidated Disputed** | **4,531,300.00** |
| **Tune III, William**<br>310 Glenwood Drive<br>Mt. Juliet, TN 37122 | **Tune III, William**<br>310 Glenwood Drive<br>Mt. Juliet, TN 37122 | **Deferred Comp** | | **367,107.00** |
| **Spurlock, Dwight Buford**<br>904 Fredricksburg Road<br>Mt. Juliet, TN 37122 | **Spurlock, Dwight Buford**<br>904 Fredricksburg Road<br>Mt. Juliet, TN 37122 | **Deferred Comp** | | **362,530.00** |
| **Commercial Insurance Association, LLC**<br>103 Powell Court, Suite 100<br>Brentwood, TN 37027 | **Commercial Insurance Association, LLC**<br>103 Powell Court, Suite 100<br>Brentwood, TN 37027 | **AP Vendor** | | **228,138.00** |
| **Better Block Co. Inc.**<br>PO Box 441<br>Springfield, TN 37172 | **Better Block Co. Inc.**<br>PO Box 441<br>Springfield, TN 37172 | **AP Vendor** | | **227,890.51** |
| **Alley-Cassetty Brick**<br>PO Box 23305<br>Nashville, TN 37202 | **Alley-Cassetty Brick**<br>PO Box 23305<br>Nashville, TN 37202 | **AP Vendor** | | **111,719.52** |
| **A.G. Heins Co., Inc.**<br>PO Box 486<br>Knoxville, TN 37901 | **A.G. Heins Co., Inc.**<br>PO Box 486<br>Knoxville, TN 37901 | **AP Vendor** | | **108,587.90** |
| **White Cap Construction Supply**<br>PO Box 4852<br>Orlando, FL 32802 | **White Cap Construction Supply**<br>PO Box 4852<br>Orlando, FL 32802 | **AP Vendor** | | **82,136.43** |
| **Reading Rock Bldg. Mat'l & Svcs**<br>4600 Devitt Drive<br>Cincinnati | **Reading Rock Bldg. Mat'l & Svcs**<br>4600 Devitt Drive<br>Cincinnati | **AP Vendor** | | **69,218.83** |
| **Associated Masonry Products**<br>450 Allied Drive<br>Nashville, TN 37211 | **Associated Masonry Products**<br>450 Allied Drive<br>Nashville, TN 37211 | **AP Vendor** | | **38,310.00** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Equipment Finders, Inc.<br>501 Davidson Street<br>Nashville, TN 37206 | Equipment Finders, Inc.<br>501 Davidson Street<br>Nashville, TN 37206 | AP Vendor | | 38,004.55 |
| Ram Tool & Supply Company<br>3620 8th Avenue South<br>Birmingham, AL 35222 | Ram Tool & Supply Company<br>3620 8th Avenue South<br>Birmingham, AL 35222 | AP Vendor | | 34,727.95 |
| Dwight Spurlock Stock Purchase<br>904 Fredricksburg Road<br>Mt. Juliet, TN 37122 | Dwight Spurlock Stock Purchase<br>904 Fredricksburg Road<br>Mt. Juliet, TN 37122 | Note payable | | 27,510.49 |
| Southland Brick & Block<br>PO Box 2589<br>Murfreesboro, TN 37133 | Southland Brick & Block<br>PO Box 2589<br>Murfreesboro, TN 37133 | AP Vendor | | 26,269.58 |
| AmQuip, LLC/Elliott<br>215 River Hills Drive<br>Nashville, TN 37210 | AmQuip, LLC/Elliott<br>215 River Hills Drive<br>Nashville, TN 37210 | AP Vendor | | 25,892.00 |
| Centurion Exteriors<br>50 Van Buren Street<br>Nashville, TN 37208 | Centurion Exteriors<br>50 Van Buren Street<br>Nashville, TN 37208 | AP Vendor | | 24,832.32 |
| Cold Spring Granite Company<br>17482 Granite West Road<br>Cold Spring, MN 56320 | Cold Spring Granite Company<br>17482 Granite West Road<br>Cold Spring, MN 56320 | AP Vendor | | 20,568.17 |
| Versa-Lok<br>6348 Highway 36 Blvd., N, Suite 1<br>Oakdale, MN 55128 | Versa-Lok<br>6348 Highway 36 Blvd., N, Suite 1<br>Oakdale, MN 55128 | AP Vendor | | 17,863.44 |
| Acme Block & Brick, Inc.<br>200 Dayton Spur Road<br>Crossville, TN 38555 | Acme Block & Brick, Inc.<br>200 Dayton Spur Road<br>Crossville, TN 38555 | AP Vendor | | 16,955.54 |
| General Shale Brick<br>9714 Parkside Drive<br>Knoxville, TN 37922 | General Shale Brick<br>9714 Parkside Drive<br>Knoxville, TN 37922 | AP Vendor | | 13,430.92 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 6, 2015** Signature **/s/ Kenneth Moore**
**Kenneth Moore**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.