IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WASCO, INC., et al. | ) | Bk No. 15-00068-RM3-11 |
| | ) | Chapter 11 |
| | ) | Judge Mashburn |
| Debtors. | ) | Jointly Administered |

**APPOINTMENT AND NOTICE OF APPOINTMENT**
**OF OFFICIAL UNSECURED CREDITORS COMMITTEE**

Pursuant to 11 U.S.C. § 1102, the United States Trustee hereby appoints and gives notice of the appointment of following members to the Official Unsecured Creditors Committee in the case of Wasco, Inc.:

1. BRICKLAYERS & TROWEL TRADES
   INTERNATIONAL PENSION FUND
   David F. Stupar, Executive Director
   620 F. Street, N.W.
   Washington, DC  20004-1208
   Phone: 202-383-3935
   dstupar@ipweb.org

2. William L. Tune, III
   310 Glenwood Drive
   Mount Juliet, TN  37122
   Phone: 615-758-9303
   Btune1946@icloud.com

The CHAIRPERSON is: David F. Stupar.

1

January 23, 2015.

>Respectfully submitted,
>
>SAMUEL K. CROCKER
>U.S. TRUSTEE, REGION 8
>
>**/s/ Lloyd E. Mueller**
>_____
>Lloyd E. Mueller
>Trial Attorney
>701 Broadway, Room 318
>Nashville, TN 37203
>615-736-2254
>615-736-2260 (Facsimile)
>Lloyd.E.Mueller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of January 2015, copies of the attached notice were transmitted electronically through the ECF System maintained by the Court to parties requesting electronic notice and by first class mail, postage prepaid, to the members of the Unsecured Creditors Committee listed above.

>**/s/ Lloyd E. Mueller**
>Lloyd E. Mueller